IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAYLA REED, a woman prosecutor,<br><br>           Plaintiff,<br><br>vs.<br><br>JAMES HAGEN, ADAM CHARTER, and ANGELA M. FRANZ,<br><br>           Defendants. | 8:21CV231<br><br><br>MEMORANDUM<br>AND ORDER |

On November 18, 2021, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 6.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 6 at CM/ECF p. 5.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 11th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge